UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-139
(2:24-cv-00484-AWA-LRL)

_____

AMGEN INC.; IMMUNEX CORPORATION; AMGEN MANUFACTURING
LIMITED LLC

        Petitioners

v.

CAREFIRST OF MARYLAND, INC.; GROUP HOSPITALIZATION AND
MEDICAL SERVICES, INC.; CAREFIRST BLUECHOICE, INC.

        Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to the petition for permission to appeal, the court grants the petition. This case is transferred to the regular docket and assigned docket number 26-1473. The record shall be retained in the court below unless requested by this court.

A copy of this order shall be sent to the clerk of the district court.

For the Court

/s/ Nwamaka Anowi, Clerk